IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

v.                           **Case No. 4:19-CR-00399-01-LPR**

**OZZIE DE'ANDRE BROWN**                                                                  **DEFENDANT**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. 29) is DENIED.

First, Defendant argues that none of his prior convictions were crimes of violence. To the contrary, Defendant had a prior conviction for robbery in Arkansas, which the Eighth Circuit has held is a crime of violence.[1]

Second, Defendant asserts that he is entitled to a sentence reduction based on guideline Amendment 821's retroactive changes to "status points." Applying Amendment 821, Defendant's criminal history score goes from 12 to 11. However, his criminal history category remains V, which means his guideline range is the same.

IT IS SO ORDERED this 22nd day of November, 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *United States v. Smith*, 928 F.3d 714, 717 (8th Cir. 2019) (holding that "both Arkansas robbery and Arkansas aggravated robbery are crimes of violence.").